No. 646. ADAMS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Chris Dixie, David E. Feller* and *Jerry D. Anker* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 648. GRANT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Max J. Rubin* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 651. MONTANA EASTERN PIPE LINE Co. *v.* SHELL OIL Co. ET AL. C. A. 9th Cir. Certiorari denied. *Daryl E. Engebregson* for petitioner. *J. T. Lamb* for respondents.

No. 653. RAHMOELLER *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied. *Ernest George Williams* for petitioner.

No. 660. JONES, ADMINISTRATOR *v.* UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 664. LILLO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Frederic C. Ritger, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 666. J. C. MARTIN CORP. *v.* FEDERAL TRADE COMMISSION. C. A. 3d Cir. Certiorari denied. *Miles Warner* and *Walter D. Hansen* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel* and *James McI. Henderson* for respondent.